No. 11–5920. PEARSON v. TRINITY YACHTS ET AL. Sup. Ct. Miss. Certiorari denied.

No. 11–5922. ARIAS v. TEXAS. Ct. App. Tex., 4th Dist. Certiorari denied.

No. 11–5933. WELLS v. FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 11–5961. MAJOR v. McDANIEL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–5977. MENNICK v. ZMUDA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–5979. SANCHEZ v. SUFFOLK COUNTY PROBATION DEPARTMENT. C. A. 2d Cir. Certiorari denied.

No. 11–5994. ZEININGER v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 11–6005. GREENLEAF v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 11–6040. DeBERRY v. DAVIS ET AL. C. A. 4th Cir. Certiorari denied.

No. 11–6043. CONNELLY v. WETZEL, SECRETARY, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–6064. CARSON v. HUDSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–6073. BHATTI v. COLLECTOR OF REVENUE OF THE CITY OF ST. LOUIS, MISSOURI, ET AL. Sup. Ct. Mo. Certiorari denied.

No. 11–6083. ELLIS v. NEBRASKA. Sup. Ct. Neb. Certiorari denied.

No. 11–6088. DRAWBAUGH v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

